# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW JERSEY

| | |
|---|---|
| SANDADI V. REDDY,<br><br>Plaintiff,<br><br>v.<br><br>ATUL K. PATEL, et al.,<br><br>Defendants. | Civil Action No. 16-8256(MCA)<br><br>ORDER |

**THIS MATTER** comes before the Court by way of Order to Show cause issued by Judge Espinosa directing Plaintiff and defendant Ghanshyam Patal a/k/a Sam Patel to show cause in person on October 19, 2023 why this matter should not be dismissed, Dkt. No. 130;

and it appearing that Judge Espinosa issued a Report and Recommendation dated November 27 2023, in which Judge Espinosa recommended that this Court dismiss Plaintiff's and Sam Patel's claims, and thus the entire action, Dkt. No. 144; and

it appearing that neither Defendant nor Plaintiff have filed any objections to the Report and Recommendation; and

it appearing that for the reasons set forth in Judge Espinosa's Report and Recommendation;

**IT IS** on this 28th day of December, 2023,

**ORDERED** that Judge Espinosa's Report and Recommendation dated November 28, 2023 is **ADOPTED** and this matter shall be **CLOSED**.

*s/ Madeline Cox Arleo*
**Hon. Madeline Cox Arleo**
**United States District Judge**